AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF
## MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIGUEZ,
ENRIQUE AGOSTO, JOSE TORRADO, CARLOS SANCHEZ,
LUIS R. SANCHEZ, EDWIN TORREZ, ZULEIMA REYES and
SANTIAGO ARROYO

## CRIMINAL COMPLAINT

CASE NUMBER: 2004 M 0500 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   In or about December 2003 and continuing _____ in  MIDDLESEX AND WORCESTER  county, in the
to in or about October 2004

_____ District of      MASSACHUSETTS      defendant(s) did, (Track Statutory Language of Offense)

CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING
A DETECTABLE AMOUNT OF HEROIN, A SCHEDULE 1 CONTROLLED SUBSTANCE

in violation of Title_____21_____ United States Code, Section(s) _____846, 841(a)(1)_____ .

I further state that I am a(n)_____SPECIAL AGENT, DEA_____ and that this complaint is based on the following
                                                           Official Title

facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CALICE COUCHMAN

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

_____
Signature of Complainant

**Special Agent Calice Couchman**

Sworn to before me and subscribed in my presence,

10-14-2004     at 6.55 pm          at          BOSTON, MASSACHUSETTS
_____                                        City and State
Date

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer
_____
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. I _____    Investigating Agency __DEA_____

City _____    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mj500_
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number _____    (01)
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JULIO CARRION SANTIAGO_____    Juvenile  ☐ Yes  ☒ No

Alias Name __MACHO_____

Address __264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): __1959__  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                              _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No         List language and/or dialect:    __SPANISH_____

Matter to be SEALED:    ☒ Yes  ☐ No

         ☒ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint         ☐ Information         ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  **OCTOBER 14, 2004**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant** ___JULIO CARRION SANTIAGO_____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** _____          **Related Case Information:**

**County**  MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. 04mj500
                                  Same Defendant _____   New Defendant _____ (w2)
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  PEDRO ALBERTO MIRANDA _____   Juvenile  ☐ Yes  ☒ No

Alias Name    TAVO _____

Address    212 WILDER ST., LOWELL, MA _____

Birth date (Year only):  1969   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

Defense Counsel if known: _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE CASPER _____   Bar Number if applicable _____

**Interpreter:**   ☒ Yes  ☐ No       **List language and/or dialect:**   SPANISH _____

**Matter to be SEALED:**   ☒ Yes  ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004        **Signature of AUSA:** Denise J. Casper

🖎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04 mj 500
                                  Same Defendant _____    New Defendant _____  (03)
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  REYNALDO RIVERA _____    Juvenile ☐ Yes  ☒ No

Alias Name    REY _____

Address    235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only): 1978  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____
                                                          _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE CASPER _____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    SPANISH _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

                    Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     REYNALDO RIVERA

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** _____  **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____  Case No. 04-MJ-500
                                 Same Defendant _____ New Defendant _____  (04)
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ _____       Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   261 AILEEN ST 2ND FL. LOWELL, MA _____

Birth date (Year only):  1962  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____  Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____  **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No       **List language and/or dialect:**  SPANISH _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

       ☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 _____

*Continue on Page 2 for Entry of U.S.C. Citations*

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004   **Signature of AUSA:** _Denise J Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE RODRIGUEZ** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. _I_____    Investigating Agency __DEA_____

**City** _____    **Related Case Information:**

**County**  __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04MJ500_
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __ENRIQUE AGOSTO_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address   _1 SHATTUCK ST APT 303, LOWELL, MA_____

Birth date (Year only):  _1964_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  __DENISE CASPER_____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    __SPANISH_____

**Matter to be SEALED:**    ☒ Yes    ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  OCTOBER 14, 2004**    **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     ENRIQUE AGOSTO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | _____ |
| Set 2    _____ | _____ | _____ |
| Set 3    _____ | _____ | _____ |
| Set 4    _____ | _____ | _____ |
| Set 5    _____ | _____ | _____ |
| Set 6    _____ | _____ | _____ |
| Set 7    _____ | _____ | _____ |
| Set 8    _____ | _____ | _____ |
| Set 9    _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA_____

City _____    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mJ 500_
                                 Same Defendant _____    New Defendant _____    _(06)_
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE TORRADO_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): __1980__  SSN (last 4 #): _____  Sex ____  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                      _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    __SPANISH_____

Matter to be SEALED:    ☒ Yes    ☐ No

         ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1_____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  **OCTOBER 14, 2004**        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE TORRADO** _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA_____

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. 04mJ600
                                   Same Defendant _____  New Defendant _____   (07)
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS SANCHEZ_____    Juvenile  [ ] Yes  [X] No

Alias Name __CARLITOS_____

Address __270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only): __1982__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                          _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    [X] Yes  [ ] No    List language and/or dialect:    __SPANISH_____

Matter to be SEALED:    [X] Yes  [ ] No

   [X] Warrant Requested         [ ] Regular Process         [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    [X] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:**    [ ] Petty _____    [ ] Misdemeanor _____    [X] Felony  __1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **OCTOBER 14, 2004**    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS SANCHEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 21 USC § 846 | Conspiracy to distribute heroin | |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04-500

Same Defendant _____    New Defendant _____ (08)

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ _____    Juvenile  ☐ Yes  ☒ No

Alias Name   PITO _____

Address   427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):  1974   SSN (last 4 #): _____  Sex __  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:   SPANISH _____

Matter to be SEALED:   ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    LUIS R. SANCHEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**JS 45** (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA_____

**City** _____   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _____   Case No. _04 mj 500_
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____   _(09)_
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _EDWIN TORREZ_____   Juvenile  [ ] Yes  [X] No

Alias Name _____

Address  _219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only):  _1965_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____   Address: _____
                                                       _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____   Bar Number if applicable _____

Interpreter:  [X] Yes  [ ] No   List language and/or dialect:   _SPANISH_____

Matter to be SEALED:   [X] Yes   [ ] No

       [X] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____   in _____ .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   [X] Complaint   [ ] Information   [ ] Indictment

**Total # of Counts:**   [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony  _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:** **OCTOBER 14, 2004**   **Signature of AUSA:** _Denise J. Caspn_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    EDWIN TORREZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_    **Investigating Agency** _DEA_

**City** _____    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____   Case No. _04mJ 500_

Same Defendant _____ New Defendant _____ _(10)_

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ZULEIMA REYES_      Juvenile ☐ Yes ☒ No

Alias Name _LINDA_

Address _10 CONLON TERRACE, LOWELL, MA_

Birth date (Year only): _1979_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: _SPANISH_

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date: OCTOBER 14, 2004**    Signature of AUSA: _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ZULEIMA REYES _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. __I__    Investigating Agency __DEA__

**City** _____    Related Case Information:

**County** __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____  Case No. 04mJ500
                                       Same Defendant _____   New Defendant _____ (11)
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __SANTIAGO ARROYO__    Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address   __4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE__

Birth date (Year only): __1983__  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   __DENISE JEFFERSON CASPER__    Bar Number if applicable _____

**Interpreter:**  ☒ Yes  ☐ No    List language and/or dialect:   __SPANISH__

**Matter to be SEALED:**  ☒ Yes  ☐ No

          ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**  ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  OCTOBER 14, 2004**         Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     SANTIAGO ARROYO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**