# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        MAGISTRATE JUDGE'S DOCKET
                             NO. 2004-M-0500-RBC-03
                                      -04
                                      -05
                                      -06
                                      -07
                                      -10

REYNALDO RIVERA,
JOSE RODRIGUEZ,
ENRIQUE AGOSTO,
JOSE TORRADO,
CARLOS SANCHEZ,
ZULEIMA REYES,
    Defendants.

# ORDER PURSUANT TO RULE 5.1(a), FED.R.CRIM.P.

COLLINGS, U.S.M.J.

    Preliminary examinations pursuant to Rule 5.1, Fed.R.Crim.P. were held for the above-named defendants on November 1, 2004.  The defendants were

present represented by separate counsel.

Upon a review of the evidence presented, I find that there is probable cause to believe that the defendants committed the crime with which each is charged in the Complaint.

Accordingly, pursuant to Rule 5.1(a), Fed.R.Crim.P., it is ORDERED that each defendant be, and hereby is, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R.Crim.P., all papers in the above-styled case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 1, 2004.