AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____   MASSACHUSETTS _____

USA

v

Julio Carrion
Santiago et al

**APPEARANCE**

Case Number: 2004mj00500RBC-0

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Reynaldo Rivera

I certify that I am admitted to practice in this court.

10/20/04
Date

10/20/04
NR

Signature

Carl Donaldson        645854
Print Name            Bar Number

11 Beacon Street, Suite 600
Address

Boston,    MA    02108
City       State  Zip Code

617-742-0474          617-742-0353
Phone Number          Fax Number